IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -versus- ) <br> ) <br> ) <br> CHRISTOPHER ALEXANDER, ) <br> ) <br> Defendant. ) | No. 5:01-CR-060-01-C |

**DEFENDANT'S MOTION TO REOPEN THE TIME TO FILE APPEAL**

**COMES NOW** the above-named Defendant, **CHRISTOPHER ALEXANDER**, appearing pro se, and respectfully moves this Honorable Court, pursuant to the provisions of Rule 4(a)(6)(A) of the Federal Rules of Appellate Procedure for leave to file his Notice of Appeal "out-of-time."

In support hereof, Defendant would show the following:

[1]. On or about March 9, 2009, Defendant filed with the District Court a Motion for a Reduction in Sentence pursuant to Title 18, U.S.C. § 3582(c)(2) seeking the reduction afforded by United States Sentencing Guideline's Amendment 706, which, when applied, would reduce a defendant's Guideline Offense Level by two levels for "crack cocaine" offenses.

[2]. On or about April 11, 2009, the Government filed

RECEIVED JUL 25 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

its Response in Opposition and the Defendant submitted his Response/Reply to the Government's Response in Opposition on or about April 27, 2009.

[3]. On or about October 27, 2010, the Court issued its ORDER denying Defendant's 18 U.S.C. § 3582(c)(2) Motion for the reasons set out in the Government's Response. (See attached ORDER, Exhibit "A").

[4]. Subsequent the submission and filing of Defendant's motion, the Defendant made periodic inquiries with the Clerk's Office as to the status of his motion and was informed that it was still pending before the court.

[5]. On July 11, 2011, the Defendant received a copy of the court's Opinion denying his motion for said reduction. (See, copy of mailing dated July 11, 2011, attached as Exhibit "B").

**This Court Has The Authority To Reopen The Time For Defendant's Filing Of His Appeal.**

Federal Rules of Appellate Procedure, Rule 4(a)(6)(A) clearly states in pertinent part:

> The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:
>
> (A) the motion is filed within 180 days after the judgment or order is entered or within 7 days after the moving party receives notice of the entry, whichever is earlier;

    (B) the court finds that the moving party was entitled to notice of the entry of the judgment or order sought to be appealed but did not receive the notice from the district court or any party within 21 days after entry;

    (C) the court finds that no party would be prejudiced.

Defendant contends that he meets all three of the above requirements and respectfully urges the court to reopen/reinstate his time to file his Notice of Appeal to the United States Court of Appeals for the Fifth Circuit.

**WHEREFORE**, based upon the reasons set forth <u>supra</u>, the premises and authorities offered, Defendant prays that this court grant his motion and reinstate his time to appeal, and for whatever and further relief that this court may deem just and proper.

**Dated:** July 19, 2011
United States Penitentiary
Florence, Colorado

                                        Respectfully submitted,

                                        /s/ Chris Alexander

                                        Christopher Alexander
                                        Reg. No. 25906-177
                                        U.S. Penitentiary
                                        P.O. Box 7000
                                        Florence, CO 81226

                                        (Defendant Pro Se)

## DECLARATION OF SERVICE BY MAIL

I, Christopher Alexander, do hereby declare pursuant to the provisions of Title 28, U.S.C. § 1746, that I have, on this ___ day of July, 2011, provided true and correct copies of the foregoing **DEFENDANT'S MOTION TO REOPEN THE TIME TO FILE HIS APPEAL** to the following parties by placing same in First-Class, Postage Prepaid envelopes addressed as:

    ° Clerk's Office
      U.S. District Court
      Northern District of Texas
      1205 Texas Avenue, Rm. 209
      Lubbock, TX 79401

    ° U.S. Attorney's Office
      Northern District of Texas
      1205 Texas Avenue, Suite 700
      Lubbock, TX 79401

and depositing same in a Legal Mail Box located at the U.S. Penitentiary, Florence, Colorado for delivery to the above.

By: */s/ Chris Alexander*
    Christopher Alexander
    Reg. No. 25906-177
    U.S. Penitentiary
    P.O. Box 7000
    Florence, CO 81226

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 5:01-CR-060-01-C |
| | ) |
| CHRISTOPHER ALEXANDER | ) |

## ORDER

Came on for consideration Defendant's 3582(c)(2) Motion, filed March 9, 2009, together with the Government's Response in Opposition, filed April 11, 2009, and the Defendant's Response to Government's Response, filed April 27, 2009. The Court is of the opinion that Defendant's motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) should be **DENIED** for the reasons set out in the Government's Response.

SO ORDERED.

Dated October 27, 2010.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

— EXHIBIT "A"      EXHIBIT "A" —

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1205 TEXAS AVE., ROOM 209
LUBBOCK, TX 79401

OFFICIAL BUSINESS

Christopher Alexander
No. 25906-177
US Penitentiary
P.O. Box 7000
Florence, Colorado 81226-7000

EXHIBIT "B"  EXHIBIT "B"

