IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 5:01-CR-060-01-C |
| | ) | |
| CHRISTOPHER ALEXANDER | ) | |

### ORDER

Came on for consideration Defendant's Motion to Reopen the Time to File Appeal, filed July 25, 2011. On October 27, 2010, the Court denied Defendant's motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2); however, the docket does not indicate that a copy of such order was served on Defendant.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Reopen the Time to File Appeal is **GRANTED**.

Dated July 26, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE